IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL WILLIAMS,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 03-00721-BH-B |
| **TONYA COOK, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE** this 9th day of November, 2005.

                                                          s/ W. B. Hand
                                          SENIOR DISTRICT JUDGE